# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Hunter Wise Commodities, LLC

                      Plaintiff,

v.                                                   Case No.: 1:12−cv−07656

                                                             Honorable Sharon Johnson Coleman

Commodity Futures Trading Commission

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 11/7/2012. Application by Anne W. Stukes to appear pro hac vice [13] is granted. Plaintiff's motion for protective order [9] is denied. Status hearing set for 12/17/2012 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.