UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hunter Wise Commodities, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1: 12-cv-07656 |
| ) | |
| v. ) | Hon. Sharon Johnson Coleman |
| ) | |
| Commodity Futures Trading Commission, ) | Next Event: |
| ) | Status May 31, 2013 9:00 a.m. |
| Defendant. ) | |

**JOINDER OF SPECIAL MONITOR AND CORPORATE MANAGER
FOR PLAINTIFF IN DEFENDANT'S RESPONSE [ECF # 35] TO
PROPOSED INTERVENERS' NOTICE OF FILING SECOND
SUPPLEMENTAL INFORMATION [ECF # 34]**

Melanie E. Damian, the Court-appointed Special Monitor and Corporate Manager (the "Monitor") for Plaintiff Hunter Wise Commodities, LLC, and related entities,[1] pursuant to the *Order Temporarily Appointing Special Corporate Monitor* [FLSD ECF # 77] and *Order On Plaintiff's Motion for Preliminary Injunction* [FLSD ECF # 78] entered on February 22, 2013 and February 25, 2013, respectively, by the United States District for the Southern District of Florida in the enforcement case styled *United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC* (the "CFTC"), *et al.,* Case No. 12-81311-cv-Middlebrooks/Brannon, hereby joins (the "Joinder") in Defendant *Commodity Futures Trading Commission's Response* (the "Response") [ECF # 34] *to Notice of Filing Second Supplemental Information* [ECF # 34] filed by proposed Interveners Edward Martin and Fred Jager.

---

[1] The related entities consist of: Hunter Wise Services, LLC, Hunter Wise Credit, LLC, Hunter Wise Trading, LLC, Lloyds Commodities, LLC, Lloyds Commodities Credit Company, LLC, Lloyds Services, LLC, C.D. Hopkins Financial, LLC, Hard Asset Lending Group, LLC, Blackstone Metals Group, LLC, Newbridge Alliance, Inc., and United States Capital Trust, LLC.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Florida Bar, that I have filed an Application to appear in this Court *pro hoc vice*,[2] and that I am in compliance with the qualifications to practice in this Court as set forth in Local Rules 83.14 and 83.15.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail through the Court's CM/ECF noticing service on May 24, 2013.

Dated: May 24, 2013

        **DAMIAN & VALORI, LLP**
        *Counsel to the Special Monitor and Corporate Manager for Hunter Wise Commodities, LLC, et al.*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Tel: (305) 371-3960
        Fax: (305) 371-3965
        E-mail: kmurena@dvllp.com

        By: /s/ *Kenneth Dante Murena*
            KENNETH DANTE MURENA, P.A.
            Florida Bar No. 147486
            *pro hac vice* admission pending

        -and-

        **QUARLES & BRADY LLP**
        *Counsel to the Special Monitor and Corporate Manager for Hunter Wise Commodities, LLC, et al.*
        300 N. LaSalle Street
        Suite 4000
        Chicago, Illinois 60654

        By: : /s/ *Faye Feinstein*
            FAYE B. FEINSTEIN
            Illinois Bar No. 6186627

---

[2] Undersigned counsel's Application to Appear Pro Hoc Vice is pending with this Court.